**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6692

EDWARD WAYNE GIBSON,

Plaintiff - Appellant,

versus

LORETTA K. KELLY, Warden; DOCTOR MOORE,
Assistant Warden/Operations; DOCTOR JOHNS,
Medical Staff Deep Meadow Correctional Center;
CORRECTIONAL OFFICER WILLIAMS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. James R. Spencer, District
Judge. (CA-01-404)

Submitted: July 10, 2003          Decided: July 16, 2003

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Wayne Gibson, Appellant Pro Se. Mark Ralph Davis, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Richard
Samuel Samet, GOODMAN, ALLEN & FILETTI, Glen Allen, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward Wayne Gibson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Gibson v. Kelly</u>, No. CA-01-404 (E.D. Va. Aug. 27, 2002; Feb. 5, 2003; Apr. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>